1  DOUGLAS R. SCHWARTZ, (State Bar No. 98666)
2  ROBERT J. SCOTT, Jr. (State Bar No. 151775)
   SCHWARTZ & CERA LLP
3  44 Montgomery Street, Suite 3850
   San Francisco, California 94104
4  Telephone: (415) 956-2600
   Facsimile:  (415) 438-2655
5
6  Attorneys for Plaintiff
   BECHO INC., a Utah corporation
7

*FILED JUL 15 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — E-filing*

8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION

11 BECHO, INC., a Utah corporation

12              Plaintiff,                 Case No. C05 2671 EMC

13 vs.                                     **ORDER GRANTING
14                                         APPLICATION FOR ADMISSION**
   MITCHELL ENGINEERING/OBAYASHI           **OF ATTORNEY *PRO HAC VICE***
15 CORPORATION JV, a California Joint
   Venture,
16
17              Defendants.

18

19     Herschel Bullen, an active member in good standing of the bar of the State of Utah, whose
20 business address and telephone number is:

21

22     1815 West 500 South
       Salt Lake City, Utah 8104-3508
23     Telephone: (801) 973-2035

24

25 having applied in the above-entitled action for admission to practice in the Northern District of
26 California on a *pro hac vice* basis, representing Becho, Inc.,

27

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

Dated: __July 15__, 2005.

_____
The Honorable United States District
Magistrate Judge Edward M. Chen

C:\Documents and Settings\Herschel\BECHO Files\Mitchell Engineering-Obayashi\PLEADINGS\ORDER GRANTING APPLICATION PRO HAC VICE CALIFORNIA.wpd

- 2 -