DOUGLAS R. SCHWARTZ, (State Bar No. 98666)
ROBERT J. SCOTT, Jr. (State Bar No. 151775)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile:  (415) 438-2655

HERSCHEL BULLEN
*Pro Hac Vice*
Utah State Bar No. 0482
1815 West 500 South
Salt Lake City, Utah  84104
Telephone: (801) 973-2035
Facsimile:  (801) 973-2068

Attorneys for Plaintiff
BECHO INC., a Utah corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BECHO, INC., a Utah corporation<br><br>                    Plaintiff,<br><br>vs.<br><br>MITCHELL ENGINEERING/OBAYASHI CORPORATION JV, a California Joint Venture,<br><br>                    Defendants. | Case No. C05 2671 EMC<br><br><br><br>STIPULATION AND (PROPOSED) ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.  The parties agree to participate in the following ADR process:

**Court Process:** Early Neutral Evaluation (ENE) (ADR L.R. 5)

The parties agree to hold the ADR session within 90 days from the date of the order referring the case to ENE unless otherwise ordered.

Dated this __ day of November, 2005.

/s/_____
HERSCHEL BULLEN, Pro Hac Vice
Attorney for Becho, Inc.

Dated this __ day of November, 2005.

/s/_____
ROBERT L. LESLIE
McInerney & Dillon, P.C.
Attorneys for Defendant Mitchell Engineering/
Obayashi Corporation, Joint Venture

ATTESTATION OF SIGNATURES

The filer hereof, Herschel Bullen, Attorney for Plaintiff, hereby attests that concurrence in the filing of this document has been obtained from the other signatory hereto, Robert L. Leslie, Attorney for Defendant.

Dated this __ day of November, 2005.
/s/_____
HERSCHEL BULLEN, Pro Hac Vice
Attorney for Becho, Inc.

ORDER (PROPOSED)

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session

90 days from the date of this order.

Other:_____.

IT IS SO ORDERED.

Dated:  November 1, 2005

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE