Robert L. Leslie #61872
Alexander Bannon # 109249
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-3610
Telephone: (510) 465-7100
Facsimile: (510)-465-8556

Attorneys for defendants
MITCHELL ENGINEERING
OBAYASHI CORPORATION, JV

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECHO, INC., a Utah corporation, | No. C - 05 2671 EMC |
| Plaintiff | **STIPULATION AND** |
| v. | ~~(PROPOSED)~~ |
| MITCHELL ENGINEERING/OBAYASHI CORPORATION, JV, a California joint venture. | **ORDER** |
| Defendants. | |

Mitchell Engineering/Obayshi Corporation, JV (hereinafter "MEOC") and Becho Inc. stipulate that in light of settlement discussions, and subject to Court approval, the parties stipulate to continue the time to file the pre-trial conference statement to Wednesday, August 16, 2006. So Stipulated.

Dated: August 10, 2006          McInerney & Dillon, P.C.

                                By _____/s/_____
                                    Alexander Bannon

                                Attorneys for defendants MEOC

Dated: August 10, 2006          By _____/s/_____
                                    Hershell Bullen

                                Attorney for Becho Inc.

IT IS SO ORDERED.

Dated: August 14, 2006          By _____
                                District Co[urt]

*IT IS SO ORDERED — Judge Edward M. Chen*

STIPULATION AND ORDER                                              1