DOUGLAS R. SCHWARTZ, (State Bar No. 98666)
ROBERT J. SCOTT, Jr. (State Bar No. 151775)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

HERSCHEL BULLEN
*Pro Hac Vice*
Utah State Bar No. 0482
181 West 500 South
Salt Lake City, Utah 84104
Telephone: (801) 973-2035
Facsimile: (801) 973-2068

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BECHO, INC., a Utah corporation | |
| Plaintiff, | Case No. C05 2671 EMC |
| vs. | |
| | **ORDER OF DISMISSAL** |
| MITCHELL ENGINEERING/OBAYASHI CORPORATION JV, a California Joint Venture, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this matter came before the Court upon consideration of that certain *Stipulation and Joint Motion for Dismissal with Prejudice*, dated October 5, 2006 (the "**Stipulation**"), filed herein by Plaintiff Becho, Inc. and Defendants Mitchell Engineering/Obayashi Corporation JV (collectively, the "**Parties**"), through their respective counsel. The Court having

6

considered the Stipulation, and good cause appearing therefore, it is hereby

**ORDERED** that all claims that are or could be asserted herein by the Parties against each other, shall be, and the same hereby are dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED this __6th__ day of __October__, 2006.

BY THE COURT:

_____
UNITED STATES DISTRICT
MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*